# EXHIBIT B





CURRENT GALLERY



OLD ANTIQUE SHOP 1997-2003
















