DANIEL G. BOGDEN
United States Attorney
JENNIFER L. BLACKWELL
RYAN C. CONNORS
Trial Attorneys
U.S. Department of Justice
Environmental Crimes Section
601 D Street, NW
Washington, DC 20004
(202) 305-0363

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00127 |
| Plaintiff, | **UNITED STATES' SUPPLEMENTAL SENTENCING MEMORANDUM** |
| vs. | |
| LUMSDEN QUAN, | |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned attorneys, and respectfully submits this supplemental sentencing memorandum regarding defendant Lumsden Quan, who is scheduled to be sentenced on December 16, 2015.

In order to assist the Court in deciding the defendant's sentence, the government includes three photographs of the horns that Quan conceded he sold to the undercover agent from the U.S. Fish and Wildlife Service. *See* Attachments A, B, and C.

1

1
2
3   Dated this 14th day of December, 2015.
4
5                                  Respectfully submitted,
6
7                                  DANIEL G. BOGDEN
                                   United States Attorney
8
                                   */s/ Ryan Connors*
9                                  RYAN C. CONNORS
                                   Trial Attorney
10
                                   */s/ Jennifer Blackwell*
11                                 JENNIFER L. BLACKWELL
                                   Trial Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
CERTIFICATE OF SERVICE

I certify that on December 14, 2015, I filed the United States' Sentencing Memorandum using the CM/ECF system which will send notification of such filing to the following.

Christopher Oram, Esq.
Attorney for Defendant Lumsden Quan

*/s/ Ryan Connors*
Ryan Connors
Environmental Crimes Section
601 D St., NW, Rm 2808
Washington, DC 20004
Tel: (202) 305-0363
Ryan.Connors@usdoj.gov

3